**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ASHH, INC. D/B/A OOZE WHOLESALE,

    Plaintiff,

Case No.: 6:20-cv-417-ORL-ACC-EJK

v.

MELBOURNE LLC D/B/A UNITED
WHOLESALE DISTRIBUTORS OF
MELBOURNE,

    Defendant.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff ASHH, INC. d/b/a OOZE WHOLESALE, through its undersigned counsel, hereby moves for a fourteen (14) day extension of time for Defendant to file its answer or other response, and as the basis therefor, states as follows:

1.    Plaintiff filed its Complaint for Injunctive and Other Relief and Demand for Jury Trial on March 6, 2020, and this Court issued a summons on March 9, 2020.

2.    Defendant was served with the Summons and Complaint on March 11, 2020 as sworn to in the Affidavit of Service [Dkt No. 10] filed on March 12, 2020.

3.    Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's response is therefore due on or before April 1, 2020.

4.    The parties have begun settlement discussions, and they seek this short extension of time to allow them to use their best efforts to try to resolve this dispute.

5.    Defendant has not yet retained counsel, but is conducting these discussions through its principal.

1

6. Plaintiff respectfully requests, with Defendant's agreement, that this Court grant this Agreed Motion for Extension of Time for Defendant to respond to Plaintiff's Complaint [Dkt No. 1].

**CERTIFICATION UNDER LOCAL RULE 3.01(g)**

Plaintiff's counsel has spoken by telephone with Defendant's principal, who agrees with the request made in this Motion.

Respectfully submitted March 30, 2020.

> */s/ Ava K. Doppelt*
> Ava K. Doppelt
> Florida Bar No. 393738
> adoppelt@allendyer.com
> **ALLEN, DYER, DOPPELT & GILCHRIST, P.A.**
> 255 S. Orange Avenue, Suite 1401
> Orlando, Florida 32801
> Tel. (407) 841-2330
> Fax: (407) 841-2343
>
> Deborah J. Swedlow *Pro Hac Vice*
> Michigan Bar No. P67844
> bswedlow@honigman.com
> Andrew M. Pauwels *Pro Hac Vice*
> Michigan Bar No. P79167
> apauwels@honigman.com
> Ka'Nea K. Brooks *Pro Hac Vice*
> Michigan Bar No. P82092
> kbrooks2@honigman.com
> **HONIGMAN LLP**
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, Michigan 48226-3506
> Phone: (313) 465-7290
> Fax: (313) 465-7291
>
> *Attorneys for Plaintiff* ASHH, INC. d/b/a/ OOZE WHOLESALE

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on March 30, 2020, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") and mailed a copy by First Class Mail and email to:

  Mr. Jay Patel
  MELBOURNE, LLC d/b/a UNITED
  WHOLESALE DISTRIBUTORS OF
  MELBOURNE
  4451 Enterprise Court, Suite J
  Melbourne, FL 32934
  Unitedwholesale3956@gmail.com

            */s/ Ava K. Doppelt*
            Ava K. Doppelt