# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ASHH, INC.,**

      **Plaintiff,**

v.                                                             Case No:   6:20-cv-417-Orl-22EJK

**MELBOURNE, LLC,**

      **Defendant.**

---

### ORDER OF DISMISSAL

      The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

      **DONE** and **ORDERED** at Orlando, Florida on May 7, 2020.

*[signature]*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record